No. 12–152. DE LA ROSA *v.* HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–256. STATE STREET BANK & TRUST CO. *v.* PFEIL ET AL. C. A. 6th Cir. Motion of American Benefits Council for leave to file brief as *amicus curiae* granted. Certiorari denied.